*11090935*
*$35.86*
*11/17/10*

# ZDARSKY, SAWICKI & AGOSTINELLI LLP
ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

November 15, 2010

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

**Re:   Nafeeza Adeyola
Case No. 03-15910**

Ladies and Gentlemen:

Enclosed is my check no. 10111 for $35.86, payable to the Clerk, representing a check which I wrote to the debtor based on her overpayment of an obligation to return money to the estate, which check she never cashed. The principal amount of the overpayment was $35.50. The check was drawn on an interest-bearing account, and the balance earned $0.36 in interest while the funds were in the account waiting for the check to clear.

Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI

Mark J. Schlant

Enclosure
cc:   Ms. Anne Quinn


FILED
NOV 17 2010
BANKRUPTCY COURT
BUFFALO, N.Y.